

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00141-CR

| | | |
|---|---|---|
| WILLIAM BOYD PIERCE, Appellant | § | On Appeal from the 211th District Court |
| | § | |
| | | of Denton County (F-2003-0377-C) |
| | § | |
| v. | | December 10, 2020 |
| | § | |
| | | Memorandum Opinion by Chief Justice |
| | § | Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth